UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x

IN RE: BRF S.A. SECURITIES
LITIGATION

ORDER

18-cv-2213 (PKC)

------------------------------------------------------------x

CASTEL, U.S.D.J.

The Court has received plaintiff's letter of October 18, 2019 and defendants' response of October 24, 2019.  Leave to file a Fourth Amended Class Action Complaint is granted.  The amended pleading shall be filed no later than November 8, 2019.

The pre-motion conference requirement is waived for any motion to dismiss the anticipated Fourth Amended Class Action Complaint.  Moving papers shall be filed no later than December 13, 2019; opposition no later than January 10, 2020; and reply no later than January 31, 2020.

The motion to dismiss the Third Amended Class Action Complaint is denied without prejudice to renewal.  The Clerk is directed to terminate the motion and plaintiff's letter-motion.  (Docket # 122, 131.)

SO ORDERED.

_____
P. Kevin Castel
United States District Judge

Dated: New York, New York
           October 25, 2019