UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x

IN RE: BRF S.A. SECURITIES
LITIGATION

ORDER

18-cv-2213 (PKC)

-----------------------------------------------------------x

CASTEL, U.S.D.J.

The settlement hearing of October 23, 2020 at 2 p.m. will be held telephonically. The dial-in information is as follows:

<u>Dial-in:</u>         (888) 363-4749

<u>Access Code:</u>     3667981

Members of the public may access audio of the proceedings, but will not be permitted to speak and must mute their phones when calling in.

SO ORDERED.

P. Kevin Castel
United States District Judge

Dated: New York, New York
       October 20, 2020