UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------- x
In re BRF S.A. SECURITIES LITIGATION  : Civil Action No. 1:18-cv-02213-PKC
                                      :
                                      : CLASS ACTION
This Document Relates To:             :
                                      : [PROPOSED] ORDER APPROVING
    ALL ACTIONS.                      : DONATION OF RESIDUAL SETTLEMENT
                                      : FUNDS
---------------------------------------- x

Case 1:18-cv-02213-PKC    Document 184    Filed 01/31/25    Page 2 of 3

This matter came before the Court on Lead Counsel's motion regarding the distribution of the small residual funds remaining following the completion of the processing of claim forms. Pursuant to ¶5.10 of the Stipulation of Settlement (ECF 157), Lead Counsel seeks the Court's approval to distribute the *de minimis* residual, approximately $4,010, to Legal Services NYC, a non-profit organization devoted to, among other things, supporting law-related programs of legal services organizations throughout New York City, and which is unaffiliated with Lead Counsel.

Upon consideration of Lead Counsel's motion, IT IS HEREBY ORDERED THAT:

The *de minimis* residual funds remaining in the distribution account may be donated to Legal Services NYC.

IT IS SO ORDERED.

DATED: February 26, 2025

_____
THE HONORABLE P. KEVIN CASTEL
UNITED STATES DISTRICT JUDGE

- 1 -